M. P. No. 75-123. PROVIDENCE GAS COMPANY *v.* EDWARD BURMAN *et al.,* PUBLIC UTILITIES COMMISSION. Motion of petitioner for a stay of part 2 of order No. 9033 of the Public Utilities Commission is assigned to the calendar for May 23, 1975, for oral argument. Roberts, C. J. not participating. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel*

*Prentiss,* Special Asst. Attorney General, for Edward Burman, John J. Wrenn and William C. Harsch; *Dennis J. Roberts II,* for Consumers' Council.